## DISTRICT COURT OF THE UNITED STATES

**UNITED STATES OF AMERICA**

**VS**                                            CR No. 10-076-ML

**ROBERT S. CIRESI**

## NOTICE OF APPEAL

Notice is hereby given of the defendants appeal from the judgment of conviction entered as an order of this court this 3rd day August 2011.

> Respectfully submitted,
> ROBERT S. CIRESI
> By his attorney,
>
> */s/ John F. Cicilline*
> John F. Cicilline, Esq. #0433
> 381 Atwells Avenue
> Providence, RI 02909
> Office 401 273-5600
> Fax 401 454-5600
> jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on August 9, 2011a true copy of the above document was served upon all attorneys of record by ECF filing.

> */s/ John F. Cicilline*