# United States Court of Appeals
## For the First Circuit

No. 11-1914

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT S. CIRESI,

Defendant, Appellant.

**JUDGMENT**

Entered: October 5, 2012

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed, and the matter is remanded with an instruction to the district court to correct Robert S. Ciresi's written judgment of conviction to reflect a total bribe amount of $100,000, not $107,000.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Mary M. Lisi, Mr. David DiMarzio, Clerk, United States District Court for the District of Rhode Island, Mr. Cicilline, Mr. Donnelly, Ms. Homan, Mr. Lockhart, Mr. McAdams & Mr. Weinberg.